# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 16, 2016

Robert P. Young, Jr.,
Chief Justice

151051(87)

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

CITY OF COLDWATER,
           Plaintiff-Appellee,

v

           SC: 151051
           COA: 320181
           Branch CC: 13-040185-CZ

CONSUMERS ENERGY COMPANY,
           Defendant-Appellant.
_____/

On order of the Chief Justice, the motion of defendant-appellant to file a reply to the brief of amicus curiae Michigan Public Service Commission is DENIED. The reply submitted on September 15, 2016, is not accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 16, 2016

